FILED ___ ENTERED
LODGED ___ RECEIVED

FEB 27 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOROTHY H. PEARCE,<br><br>Plaintiff,<br><br>vs.<br><br>SPLENDID PRODUCTS, LLC, a California Company,<br><br>Defendant. | NO. 2:12-cv-1508 JLR<br><br>**STIPULATION AND ORDER OF DISCONTINUANCE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the respective parties herein, the above-entitled action is hereby discontinued with prejudice as against defendant, SPLENDID PRODUCTS, LLC, a California Company, without costs or disbursements to either party as against the other.

DATED: February 26, 2013

MARLER CLARK LLP PS

By: s/ William D. Marler
William D. Marler, WSBA #17233
1301 2nd Avenue, Suite 2800
Seattle, WA 98101
Email: bmarler@marlerclark.com
Phone 206.346.1888/Fax 206.346.1898
*Attorney for Plaintiff Dorothy Pearce*

GORDON & REES LLP

By: s/ Mordecai D. Boone
Mordecai D. Boone
275 Battery Street, Suite 2000
San Francisco, CA 94111
Email: mboone@gordonrees.com
Phone 415.986.5900/Fax 415.986.8054
*Attorney for Defendant Splendid Products*

SO ORDERED: Dated Feby 26, 2013.

Honorable James L. Robart
USDC J

STIPULATION AND ORDER OF DISCONTINUANCE

MARLER CLARK LLP PS
1301 2ND AVENUE, # 2800
SEATTLE, WA 98101
T 206.346.1888/F: 346.1898